UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

Plaintiff,

v.

SONESTA INTERNATIONAL HOTELS CORPORATION, a Maryland Corporation,

Defendant.

Hon. Wendy Beetlestone

Civil Action No. 2:17-cv-03544-WB

**STIPULATION OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above-captioned civil action hereby stipulate to the dismissal of this action with prejudice, with all rights of appeal waived and each party to bear its own costs and fees, thereby concluding this action in its entirety. The parties stipulate that the Court retains jurisdiction to enforce the terms and conditions of their Settlement Agreement.

HELEN SWARTZ,

By: ______________________

Lawrence A. Fuller
Fuller Fuller & Associates PA
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
lfuller@fullerfuller.com

David S. Dessen
Dessen Moses & Rossitto
600 Easton Road
Willow Grove, PA 19090
ddessen@dms-lawyer.com

SONESTA INTERNATIONAL HOTELS CORPORATION,

By: ______________________

William H. Stassen
Maura L. Burke
FOX ROTHSCHILD LLP
2000 Market St., 20th Fl.
Philadelphia, PA 19103-3222
215-299-2853
MBurke@foxrothschild.com

Jennifer B. Furey (admitted *pro hac vice*)
Matthew P. Horvitz (admitted *pro hac vice*)
GOULSTON & STORRS PC
400 Atlantic Ave., Boston, MA 02110
617-482-1776
jfurey@goulstonstorrs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Stipulation was filed and served using the Court's electronic filing system and served via email and electronic mail on the Plaintiff's following counsel of record:

Lawrence A. Fuller
Fuller Fuller & Associates PA
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
lfuller@fullerfuller.com

David S. Dessen
Dessen Moses & Rossitto
600 Easton Road
Willow Grove, PA 19090
ddessen@dms-lawyer.com

Dated: April 9, 2018